UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08mj 8358 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| J. A. R. | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

EVELIA MELLADO-GUZMAN

DATED: 5/8/08

RECEIVED _____
DUSM

LOUISA S. PORTER
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk