UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN -5 P 4: 28

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> J.A.R., et al. ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08mj8358 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 06257898 08932298 U.C |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Evelia Mellado-Guzman

DATED: 6/5/08

PETER C. LEWIS

---
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by ___F. Flores___
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082