UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN -5 P 4: 26

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>J.A.R, et al.<br><br>Defendant(s) | CRIMINAL NO. 08mj8358<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08931-298 |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / (Case Disposed) / Order of Court).

A.F.C.M. (CASTILLA-MELLADO, AIDA FABIOLA)
PRN. R.C. ON-BOND
5/12/08

DATED: 6/5/08

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk